Fill in this information to identify the case:

Debtor 1 Thea Marie Race

Debtor 2 ________________________

(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of PENNSYLVANIA

Case number 5:22-bk-00304-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC

**Court claim no**. (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 8272

**Date of payment change:** 8/1/2026
Must be at least 21 days after date of this notice

**New total payment:** $805.85
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

□ No.
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

________________________________________

**Current escrow payment:** $269.59 **New escrow payment:** $278.22

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
□ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

________________________________________

**Current interest rate:** **New interest rate:**

**Current principal and interest payment:** **New principal and interest payment:**

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
□ Yes.

**Current HELOC payment:** **$**

**Reconciliation amount:** **+$** or **- $**

**Amount of next payment (including reconciliation amount)** **$**

**Amount of the new payment thereafter (without reconciliation amount)** **$**

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
□ Yes Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ______________________________

**Current mortgage payment** **New mortgage payment:**

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jordan Katz — Date 6/5/2026
Signature

Print: Jordan Katz (First Name, Middle Name, Last Name) — Title: Authorized Agent for Creditor

Company: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address: 13010 Morris Rd., Suite 450 (Number, Street)

Alpharetta, GA 30004 (City, State, ZIP Code)

Contact Phone: 470-321-7112 — Email: jkatz@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Thea Marie Race
7 William St
Nanticoke, PA 18634-2133

And via electronic mail to:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Gabriella Bodei
Gabriella Bodei

newrez

Newrez LLC
P.O. Box 10826
Greenville, SC 29603
For Inquiries: 866-317-2347

[redacted]

Analysis Date: May 20, 2026

[redacted]

THEA M RACE

[redacted]

Property Address:
7 WILLIAM ST
NANTICOKE, PA 18634

## Annual Escrow Account Disclosure Statement - Account History

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

The following is an overview of your escrow account with Newrez LLC. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Aug 01, 2026 |
|---|---|---|
| P & I Pmt: | $527.63 | $527.63 |
| Escrow Pmt: | $269 59 | $278 22 |
| Other Funds Pmt: | $0 00 | $0 00 |
| Asst. Pmt (-): | $0 00 | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 |
| Total Payment: | $797 22 | $805 85 |

| Prior Esc Pmt | August 01, 2025 |
|---|---|
| P & I Pmt: | $527.63 |
| Escrow Pmt: | $269 59 |
| Other Funds Pmt: | $0 00 |
| Asst. Pmt (-): | $0 00 |
| Resrv Acct Pmt: | $0 00 |
| Total Payment: | $797 22 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | June 01, 2026 |
| Escrow Balance: | $994 39 |
| Anticipated Pmts to Escrow: | $539.18 |
| Anticipated Pmts from Escrow (-): | $161 58 |
| Anticipated Escrow Balance: | $1,371.99 |

| Shortage/Overage Information | Effective Aug 01, 2026 |
|---|---|
| Upcoming Total Annual Bills | $3,338.67 |
| Required Cushion | $394.87 |
| Required Starting Balance | $987.19 |
| Escrow Shortage | $0.00 |
| Surplus | $384.80 |

**Cushion Calculation:** Because Newrez LLC does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 394 87. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 556.45 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from Aug 2025 to July 2026. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 932 22 | 1,759.27 |
| Aug 2025 | 269.59 | 269.59 | 83.14 | 83.14 | FHA MI | 1,118.67 | 1,945.72 |
| Sep 2025 | 269.59 | 269.59 | 83.14 | 83.14 | FHA MI | 1,305.12 | 2,132.17 |
| Sep 2025 | | | | 438 27 | * School Tax | 1,305.12 | 1,693.90 |
| Sep 2025 | | | | 85.36 | * School Tax | 1,305.12 | 1,608.54 |
| Oct 2025 | 269.59 | | 85.36 | | * School Tax | 1,489 35 | 1,608.54 |
| Oct 2025 | | | 492.14 | | * School Tax | 997 21 | 1,608.54 |
| Oct 2025 | | 269.59 | 83.14 | 83.14 | * FHA MI | 914 07 | 1,794.99 |
| Nov 2025 | 269.59 | 269.59 | 83.14 | 83.14 | FHA MI | 1,100 52 | 1,981.44 |
| Dec 2025 | 269.59 | 269.59 | 83.14 | 83.14 | FHA MI | 1,286 97 | 2,167.89 |
| Jan 2026 | 269.59 | 269.59 | 83.14 | 83.14 | FHA MI | 1,473.42 | 2,354.34 |
| Feb 2026 | 269.59 | 269.59 | 83.14 | 80.79 | * FHA MI | 1,659 87 | 2,543.14 |
| Mar 2026 | 269.59 | 269.59 | 83.14 | 80.79 | * FHA MI | 1,846 32 | 2,731.94 |
| Mar 2026 | | | | 975 00 | * Hazard | 1,846 32 | 1,756.94 |
| Mar 2026 | | | | 782.60 | * Town Tax | 1,846 32 | 974.34 |
| Mar 2026 | | | | 87.96 | * Town Tax | 1,846 32 | 886.38 |
| Apr 2026 | 269.59 | 269.59 | 643.53 | | * Town Tax | 1,472 38 | 1,155.97 |
| Apr 2026 | | | 72.34 | | * Town Tax | 1,400 04 | 1,155.97 |
| Apr 2026 | | | 944.00 | | * Hazard | 456 04 | 1,155.97 |
| Apr 2026 | | | 83.14 | 80.79 | * FHA MI | 372 90 | 1,075.18 |
| May 2026 | 269.59 | | 83.14 | 80.79 | * FHA MI | 559 35 | 994.39 |
| Jun 2026 | 269.59 | | 83.14 | | * FHA MI | 745 80 | 994.39 |
| Jul 2026 | 269.59 | | 83.14 | | * FHA MI | 932 25 | 994.39 |
| | | | | | Anticipated Transactions | 932 25 | 994.39 |
| Jun 2026 | | P | | 80.79 | FHA MI | | 913.60 |
| Jul 2026 | | 539.18 P | | 80.79 | FHA MI | | 1,371.99 |
| | $3,235.08 | $2,965.49 | $3,235.05 | $3,352.77 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Newrez LLC
For Inquiries: 866-317-2347

[redacted]

Analysis Date: May 20, 2026

[redacted]

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.
Your unpaid pre-petition escrow Amount is $0 00. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $0.00, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $0.00.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 1,371 99 | 987.19 |
| Aug 2026 | 278 22 | 80.79 | FHA MI | 1,569.42 | 1,184.62 |
| Sep 2026 | 278 22 | 80.79 | FHA MI | 1,766 85 | 1,382.05 |
| Oct 2026 | 278 22 | 85.36 | School Tax | 1,959.71 | 1,574.91 |
| Oct 2026 | | 438 27 | School Tax | 1,521.44 | 1,136.64 |
| Oct 2026 | | 80.79 | FHA MI | 1,440.65 | 1,055.85 |
| Nov 2026 | 278 22 | 80.79 | FHA MI | 1,638 08 | 1,253.28 |
| Dec 2026 | 278 22 | 80.79 | FHA MI | 1,835 51 | 1,450.71 |
| Jan 2027 | 278 22 | 80.79 | FHA MI | 2,032 94 | 1,648.14 |
| Feb 2027 | 278 22 | 80.79 | FHA MI | 2,230 37 | 1,845.57 |
| Mar 2027 | 278 22 | 80.79 | FHA MI | 2,427 80 | 2,043.00 |
| Apr 2027 | 278 22 | 782.60 | Town Tax | 1,923.42 | 1,538.62 |
| Apr 2027 | | 87.96 | Town Tax | 1,835.46 | 1,450.66 |
| Apr 2027 | | 975 00 | Hazard | 860.46 | 475.66 |
| Apr 2027 | | 80.79 | FHA MI | 779.67 | 394.87 |
| May 2027 | 278 22 | 80.79 | FHA MI | 977.10 | 592.30 |
| Jun 2027 | 278 22 | 80.79 | FHA MI | 1,174 53 | 789.73 |
| Jul 2027 | 278 22 | 80.79 | FHA MI | 1,371 96 | 987.16 |
| | $3,338.64 | $3,338.67 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

[redacted]

We anticipate the total of your coming year bills to be 3,338.67. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | $278 22 |
| [redacted] | |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $278 22 |

**Please read the following important notices as they may affect your rights.**

[redacted]

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Newrez LLC
P.O. Box 10826
Greenville, SC  29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-317-2347 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-317-2347 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 866-317-2347，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.